**Motion Granted; Appeal Dismissed and Memorandum Opinion filed September 10, 2020**



In The

# Fourteenth Court of Appeals

### NO. 14-20-00552-CV

**LARRY BRUCE, Appellant**

**V.**

**STROTEK, LLC, Appellee**

**On Appeal from the County Civil Court at Law No. 4
Harris County, Texas
Trial Court Cause No. 1109082**

### MEMORANDUM OPINION

This is an appeal from a judgment signed July 8, 2020. On August 27, 2020, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1). The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Spain, Hassan, and Poissant.